## LESSEES GEORGIA RAILROAD *v.* JONES.

*Atkinson, J.*—The evidence in this case shows conclusively that the defendants exercised all the care and diligence required of them by law to prevent the killing of the plaintiff's animal, and the verdict finding them liable was therefore contrary to law, and ought to have been set aside.     *Judgment reversed.*

August 18, 1896.

*Certiorari.*     Before Judge Reese.     Warren superior court.     October term, 1895.

*J. B. & Bryan Cumming* and *M. P. Reese*, for plaintiff in error.     *James Whitehead*, contra.